## MOORE v. STATE.
### No. 20173.

Court of Criminal Appeals of Texas.
Feb. 15, 1939.

Harvey W. Lindsay, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being twelve years in the penitentiary.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.